-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ORLANDO ALVAREZ, 04A4420,

      Plaintiff,

  -v-　　　　　　　　　　　　　　　　　　　　05-CV-0827HKS
  　　　　　　　　　　　　　　　　　　　　　　**ORDER**

GLENN S. GOORD, DOCS Commissioner;
CANFIELD WESLEY, Doctor;
WILLIAM J. HUPKINS, Deputy
Superintendent for Administrative
Services; and
LESTER N. WRIGHT, M.D., Deputy
Commissioner Chief Medical Officer;
Being sued individually and in
their official capacities;

      Defendants.

---

    Plaintiff, who is incarcerated in the Elmira Correctional Facility, has requested permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) and has requested appointment of counsel. Plaintiff has met the statutory requirements and furnished the Court with a signed Authorization. Accordingly, plaintiff's request to proceed as a poor person is hereby granted. In addition, plaintiff's complaint has been screened by the Court with respect to the 28 U.S.C. §§ 1915(e) and 1915A criteria.

    There is insufficient information before the Court at this time to make the necessary assessment of plaintiff's claims under the standards promulgated by Hendricks v. Coughlin, 114 F.3d 390, 392 (2d Cir. 1997), and Hodge v. Police Officers, 802 F.2d 58 (2d Cir. 1986), as issue has yet to be joined. Therefore plaintiff's

motion for appointment of counsel is denied without prejudice at this time.  28 U.S.C. § 1654.

The Clerk of the Court is directed to file plaintiff's papers, and to cause the United States Marshal to serve copies of the Summons, Complaint, and this Order upon the named defendants without plaintiff's payment therefor, unpaid fees to be recoverable if this action terminates by monetary award in plaintiff's favor.

Pursuant to 42 U.S.C. § 1997e(g)(2), the defendants are directed to answer the complaint.

**SO ORDERED.**

S/ Michael A. Telesca

```
                            _____
                                  MICHAEL A. TELESCA
                              United States District Judge
```

Dated:   March 8, 2006
         Rochester, New York